# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ARTHUR JONES, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1922

_____

May 8, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

Arthur Jones, III, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.